UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR 1:16-023 |
| | ) | |
| MELISSA SALGATO | ) | |

**ORDER ON MOTION FOR LEAVE OF ABSENCE**

**Andrew M. Magruder** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Andrew M. Magruder** be granted leave of absence for the following periods: **December 19, 2016 through December 23, 2016; and December 28, 2016 through December 29, 2016.**

This 29th day of November, 2016.

---
HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia